**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THADIUS C. WIND | No. 1:25-mj-00021-JCN<br><br>**COMPLAINT** |

The undersigned complainant, being duly sworn, states:

**COUNT ONE**
**(Threatening Interstate Communication)**

On about October 18, 2024, in the District of Maine and elsewhere, the defendant,

**THADIUS C. WIND**

did knowingly, willfully, and recklessly transmit in interstate commerce a communication containing a threat to injure the person of another. Specifically, the Defendant used the internet to post on X, a social media website, statements threatening to kill Jewish people.

All in violation of Title 18, United States Code, Section 875(c).

The complainant states that this complaint is based on the attached affidavit, which is incorporated by reference.

Sean Murphy, Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Jan 24 2025

City and state: Bangor, ME

Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title