AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Maine

2025 MAR 26 A 11:46

United States of America
v.
Thadius C. Wind
*Defendant*

Case No. 1:25-mj-00021-JCN

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* THADIUS C. WIND ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 875(c)

Date and time issued: 11:39 am, Jan 24 2025

*Judge's signature*

City and state: Bangor , ME

John C Nivison U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 1/24/2025 , and the person was arrested on *(date)* 3/25/2025
at *(city and state)* Eddington ME .

Date: 3/25/2025

*Arresting officer's signature*

SA Sean Murphy
*Printed name and title*