**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

2025 JUL 16 P 4: 13

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 1:25-cr-00062-SDN |
| v. | |
| THADIUS C. WIND | |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Threatening Interstate Communication)

On about October 18, 2024, in the District of Maine and elsewhere, the

defendant,

### THADIUS C. WIND

did knowingly, willfully, and recklessly transmit in interstate commerce a

communication containing a threat to injure the person of another. Specifically, the

Defendant used the internet to post on X, a social media website, a statement

threatening to kill Victim A.

All in violation of Title 18, United States Code, Section 875(c).

### COUNT TWO
### (Threatening Interstate Communication)

On about October 16, 2024, in the District of Maine and elsewhere, the

defendant,

### THADIUS C. WIND

did knowingly, willfully, and recklessly transmit in interstate commerce a

1

communication containing a threat to injure the person of another. Specifically, the Defendant used the internet to post on X, a social media website, a statement threatening to kill Victim B.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT THREE
### (Threat Against Vice President)

On about October 7, 2024, in the District of Maine and elsewhere, the defendant,

**THADIUS C. WIND**

did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the Vice President of the United States. Specifically, the Defendant used the internet to post on X, a social media website, a statement threatening to kill the Vice President of the United States.

All in violation of Title 18, United States Code, Section 871(a).

## COUNT FOUR
### (Threatening Interstate Communication)

On about September 23, 2024, in the District of Maine and elsewhere, the defendant,

**THADIUS C. WIND**

did knowingly, willfully, and recklessly transmit in interstate commerce a communication containing a threat to injure the person of another. Specifically, the Defendant used the internet to post on X, a social media website, a statement threatening to kill law enforcement officers who stepped on his porch.

All in violation of Title 18, United States Code, Section 875(c).

2

## COUNT FIVE
### (Threatening Interstate Communication)

On about July 28, 2024, in the District of Maine and elsewhere, the defendant,

### THADIUS C. WIND

did knowingly, willfully, and recklessly transmit in interstate commerce a communication containing a threat to injure the person of another. Specifically, the Defendant used the internet to post on X, a social media website, a statement threatening to kill Victim C.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL,

Signature Redacted – Original on file with the Clerk's Office

_____
GRAND JURY FOREPERSON

_____
Assistant United States Attorney
Dated: 7/16/25

3