**Synopsis**
**(Superseding Indictment)**

2025 JUL 16 P 4: 13

| | |
|---|---|
| **Name:** | Thadius C. Wind |
| **Address:** (City & State Only) | Eddington, Maine |
| **Year of Birth and Age:** | 1974 (50 years old) |
| **Violations:** | Counts 1-2, 4-5: Transmitting threatening interstate communication, 18 U.S.C. § 875(c). Count 3: Threat against Vice President, 18 U.S.C. § 871(a) |
| **Penalties:** | Counts 1-2, 4-5: Not more than 5 years imprisonment, not more than a $250,000 fine, or both. (Class D felony) 18 U.S.C. §§ 875(c), 3559(a). Count 3: Not more than 5 years imprisonment, not more than a $250,000 fine, or both. 18 U.S.C. §§ 871(a), 3559(a), 3571(b)(3). (Class D felony) |
| **Supervised Release:** | Counts 1-5: Not more than 3 years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts 1-5: Not more than 2 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Counts 1-5: Not more than 3 years, less term of imprisonment imposed upon revocation. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Connor Herrold, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | FBI: Sean Murphy, Special Agent |
| **Detention Status:** | In federal custody (detained) |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Penobscot |
| **AUSA:** | Alisa Ross |

| Guidelines apply? | Yes |
|---|---|
| Victim Case: | Yes |
| Corporate Victims Owed Restitution? | No |
| Assessments: | $100 assessment, 18 U.S.C. § 3013(a)(2)(A). |