OFFICE OF THE CLERK
CHRISTA K. BERRY, CLERK
**UNITED STATES DISTRICT COURT**
156 FEDERAL STREET
PORTLAND, MAINE 04101

OFFICIAL BUSINESS

SO.MAINE 041

15 OCT 2025PM 3 L



US POSTAGE IMI PITNEY BOWES

ZIP 04101
02 7H
0001292498      OCT 15 2025

$ 000.74⁰

FIRST-CLASS

**RETURN TO SENDER**
☒ No longer at this address
☐ Unknown
☐ Not acceptable
☐ Unauthorized correspondence
☐ Need correct name and number

USMS ME

SPECIAL MAIL - OPEN ONLY IN THE PRESENCE OF THE INMATE.
LEGAL MATERIAL ENCLOSED